IN THE MATTER OF GLENN RANDALL, AN ATTORNEY
AT LAW (ATTORNEY NO. 020931997).

February 9, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRE 08–179, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **GLENN RANDALL** of **SOUTHAMPTON, PENNSYLVANIA,** who was admitted to the bar of this State in 1998, should be suspended from the practice of law for a period of one year based on discipline imposed in the Commonwealth of Pennsylvania for conduct in New Jersey that violates *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further determined that respondent should not be reinstated to practice in New Jersey until he is reinstated to practice in Pennsylvania;

And good cause appearing;

It is ORDERED that **GLENN RANDALL** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective February 4, 2009; and it is further

ORDERED that respondent shall not be reinstated to the practice of law in New Jersey unless and until he is reinstated to practice in Pennsylvania; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of

*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.